Gourlay
v.
Hutton.

December 5.

---

GOURLAY *vs.* HUTTON.

On setting aside a default for not pleading, the court will not impose the condition that the party shall not plead the *statute of limitations.*

ON a motion by the defendant to set aside a default and to be let in to plead, the plaintiff read an affidavit on the strength of which he prayed that the defendant, if let in to plead, should be restricted from pleading the *statute of limitations.*

December 5.

*By the Court,* SUTHERLAND, J.    Where a party has put in a plea, and asks leave to withdraw it for the purpose of pleading anew, or to add a new plea, the court impose a condition like that asked for here, but not in a case like this of an ordinary application to set aside a default.    The default here is excused, and the defendant has leave to plead upon the usual terms.